599 A.2d 646

**Edward SIMMONS, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW,**

**Department of Labor and Industry, Intervenor.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1991.

Decided Nov. 22, 1991.

Sharon M. Dietrich, Philadelphia, for appellant.

Clifford F. Blaze, Deputy Chief Counsel, John E. Herzog, Asst. Counsel, for appellee.

Frayda Kamber and Sean F. Creegan, Harrisburg, for intervenor Dept. of Labor and Industry.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.